# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| IN RE:<br><br>Reagor-Dykes Motors, LP, et al.<br><br>    Debtors, | Case No. 18-50214-rlj-11<br>Jointly Administered |
| Dennis Faulkner, As Trustee of the Creditors Trust,<br><br>    *Plaintiff,*<br><br>vs.<br><br>Ford Motor Credit Company, LLC,<br><br>    *Defendant.* | Adversary No. 20-05005-rlj |

## SCHEDULING ORDER [PROPOSED]

**TRIAL** is set before the **Honorable Robert L. Jones** at **Room 314**, **1205 Texas Avenue, Lubbock, Texas** the week of **October 4, 2021 at a specific time to be determined at docket call**. The Court directs compliance with the following schedule:

| | |
|---|---|
| **February 1, 2021** | Rule 26(a)(1) Disclosures must be served by this date. |
| **April 23, 2021** | Experts for parties seeking affirmative relief must be designated in accordance with Fed. R. Civ. P. 26(a)(2) by this date. |
| **May 21, 2021** | All Other Experts must be designated in accordance with Fed. R. Civ. P. 26(a)(2) by this date. |
| **July 23, 2021** | Discovery must be completed by this date. |

| | |
|---|---|
| **August 20, 2021** | Dispositive Motions must be filed by no later than this date.<br><br>Motions to Exclude Expert Testimony and evidentiary challenges to expert testimony must be filed by no later than this date. |
| **September 20, 2021** | Exhibit Lists/Witness Lists to be exchanged among the parties and filed with Court.<br><br>Dispositive Motions must be heard by no later than this date.<br><br>Challenges to Expert Testimony must be heard by no later than this date. |
| **September 27, 2021** | A Joint Pretrial Order in compliance with Local District Court Rule 16.4 shall be filed, served, and uploaded for Court, which shall contain the following: (a) a summary of the claims and defenses of each party; (b) a statement of stipulated facts; (c) a list of the contested issues of fact; (d) a list of contested issues of law; (e) an estimate of the length of trial; (f) a list of additional matters which would aid in the disposition of the case; and (g) the signature of each attorney.<br><br>Written Proposed Findings of Fact and Conclusions of Law shall be filed by this date. Trial briefs shall also be filed by this date addressing contested issues of law. |
| **October 4, 2021, 1:30 p.m.** | Docket Call to be held at Room 314, 1205 Texas Avenue, Lubbock, Texas.<br><br>Trial setting to be announced during docket call. |

Signed this ____ day of _____, 2020

_____
The Honorable Robert L. Jones

-2-

**AGREED:**

/s/ *Kevin M. Sadler*
Kevin M. Sadler
BAKER BOTTS LLP
State Bar No. 17512450
1001 Page Mill Road
Building One, Suite 2
Palo Alto, California 94304
Telephone: 650-739-7518
Fax: 650-739-7618
kevin.sadler@bakerbotts.com

Michael S. Goldberg, Esq.
BAKER BOTTS LLP
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: 713-229-1401
Fax: 713-229-2801
michael.goldberg@bakerbotts.com

Duane M. Geck, Esq.
Donald H. Cram, Esq.
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600 San Francisco, California 94111
Telephone: (415) 398-3344
Fax: (415) 956-0439
dmg@severson.com
dhc@severson.com

Craig A. Leslie, Esq. (Pro Hac Vice pending)
PHILLIPS LYTLE LLP
One Canalside
125 Main Street
Buffalo, New York 14203
Telephone: (716) 847-8400
Fax: (716) 852-6100
cleslie@phillipslytle.com

*Attorneys for Defendant*
*Ford Motor Credit Company LLC*

/s/ *Bryan S. Dumesnil*
Bryan S. Dumesnil, Esq.
Bradley J. Benoit, Esq.
Diane M. Crabtree, Esq.
BRACEWELL LLP
700 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 221-1224
Fax: (800) 404-3970
brad.benoit@bracewell.com
diane.crabtree@bracewell.com
Bryan.Dumesnil@bracewell.com

*Attorneys for Plaintiffs*