IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| IN RE:<br><br>Reagor-Dykes Motors, LP, et al.<br><br>*Debtors*, | Case No. 18-50214-rlj-11<br>Jointly Administered |
| Dennis Faulkner, Creditors' Trustee,<br><br>*Plaintiff*<br><br>vs.<br><br>Ford Motor Credit Company, LLC,<br><br>*Defendant* | Adversary No. 20-05005-rlj |

### CREDITORS' TRUSTEE DENNIS FAULKNER'S ANSWER
### TO FORD MOTOR CREDIT COMPANY, LLC'S FIRST COUNTERCLAIM

Creditors' Trustee Dennis Faulkner ("the Trustee") answers Ford Motor Credit Company, LLC's ("FMCC's") First Counterclaim [Dkt. 84] as follows:

The First Counterclaim contains no factual allegations that require a response. To the extent that a response is required, the Trustee denies that FMCC is entitled to the requested relief and otherwise denies the allegations in FMCC's First Counterclaim.

### DEFENSES

The Trustee asserts the following defenses to FMCC's First Counterclaim:

### FIRST DEFENSE

The counterclaim fails to state a claim upon which relief can be granted because Fed. R. Bankr. P. 7008(b) was repealed in 2014.

**SECOND DEFENSE**

No provision in the Bankruptcy Code or the Bankruptcy Rules supports an award of attorney's fees in this adversary proceeding, and such an award would not serve the interests of justice.

**PRAYER**

The Trustee requests that this Court dismiss the First Counterclaim and grant the Trustee the other relief sought in the Trustee's pleadings.

Date: 13 May 2021                                              Respectfully submitted,

**BRACEWELL LLP**

By: */s/ Bryan S. Dumesnil*
    Bryan S. Dumesnil
    State Bar No. 00793650
    bryan.dumesnil@bracewell.com
    Bradley J. Benoit
    State Bar No. 24012275
    brad.benoit@bracewell.com
    Diane M. Crabtree
    State Bar No. 24046966
    diane.crabtree@bracewell.com
    711 Louisiana, Suite 2300
    Houston, Texas 77002
    (713) 223-2300 - Telephone
    (800) 404-3970 – Facsimile

**STRICKLIN LAW FIRM, P.C.**

By: */s/ Samuel M. Stricklin*
    Samuel M. Stricklin
    State Bar No. 19397050
    sam.stricklin@stricklaw.pro
    2435 N. Central Expy
    Suite 1200, Palisade, Bldg. II
    Richardson, TX 75080
    (972) 238-8687 - Telephone

**COUNSEL TO CREDITORS' TRUSTEE DENNIS FAULKNER**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record pursuant to the Federal Rules of Civil Procedures via the Court's electronic filing service on May 13, 2021.

Kevin M. Sadler
State Bar No. 17512450
kevin.sadler@bakerbotts.com
**BAKER BOTTS LLP**
1001 Page Mill Road
Building One, Suite 200
Palo Alto, California 94304
(650) 739-7518 – Telephone
(650) 739-7618 – Facsimile

Michael S. Goldberg
State Bar No. 08075800
michael.goldberg@bakerbotts.com
**BAKER BOTTS LLP**
One Shell Plaza
910 Louisiana Street
Houston, TX 77002
(713) 229-1234 – Telephone
(713) 229-1522 – Facsimile

Craig A. Leslie
cleslie@phillipslytle.com
Jacob S. Sonner
jsonner@phillipslytle.com
**PHILLIPS LYTLE LLP**
One Canalside
125 Main Street
Buffalo, New York 14203
716-847-8400 – Telephone
716-852-6100 – Facsimile

                                                  */s/ Bryan S. Dumesnil*
                                                    Bryan S. Dumesnil