

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 28, 2021**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| IN RE: Reagor-Dykes Motors, LP, et. al.,  *Debtors*, | Case No. 18-50214-rlj-11 Jointly Administered |
| Reagor-Dykes Motors, LP, Reagor-Dykes Imports, LP, Reagor-Dykes Amarillo, LP, Reagor-Dykes Auto Company, LP, Reagor-Dykes Plainview, LP, and Reagor-Dykes Floydada, LP, Reagor Auto Mall, Ltd., Reagor-Dykes Snyder, L.P., Reagor-Dykes Auto Mall I LLC, Reagor-Dykes II LLC, Reagor-Dykes III LLC,  *Plaintiffs*  vs.  Ford Motor Credit Company, LLC,  *Defendant* | Adversary No. 20-05005-rlj |

# **ORDER**

After considering Plaintiffs' Unopposed Motion to Substitute Party, and any relevant filings and argument, the Court concludes that the motion should be and is hereby GRANTED. Dennis Faulkner, the Creditors Trustee of the Creditors Trust that was created in accordance with the provisions of the Plan to receive the Creditors Trust Assets, including the Causes of Action in this adversary proceeding, is substituted as Plaintiff in this adversary proceeding in place of Reagor-Dykes Motors, LP, Reagor-Dykes Imports, LP, Reagor-Dykes Amarillo, LP, Reagor-Dykes Auto Company, LP, Reagor-Dykes Plainview, LP, Reagor-Dykes Floydada, LP, Reagor Auto Mall, Ltd., Reagor-Dykes Snyder, L.P., Reagor-Dykes Auto Mall I LLC, Reagor-Dykes II LLC, and Reagor-Dykes III LLC; and it if further

ORDERED, that this substitution shall not impact any party's rights, defenses and claims in the above-captioned proceeding, and all such rights, defenses and claims are reserved.

SO ORDERED.

###End of Order###

**BRACEWELL LLP**

Bryan S. Dumensil
711 Louisiana, Suite 2300
Houston, Texas  77002
(713) 223-2300 - Telephone
(800) 404-3970 – Facsimile
bryan.dumesnil@bracewell.com

United States Bankruptcy Court

Northern District of Texas

Reagor-Dykes Motors, LP,
    Plaintiff

Ford Motor Credit Company, LLC,
    Defendant

Adv. Proc. No. 20-05005-rlj

# CERTIFICATE OF NOTICE

District/off: 0539-5     User: pbibbs     Page 1 of 3
Date Rcvd: Jun 02, 2021     Form ID: pdf001     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ust | + | Cheryl Wilcoxson, US Trustee, 1100 Commerce St., Ste. 976, Dallas, TX 75242-0996 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion06.ty.ecf@usdoj.gov | Jun 02 2021 21:52:00 | US Trustee, Office of the U.S. Trustee, 110 N. College Ave., Suite 300, Tyler, TX 75702-7231 |
| ust | + | Email/Text: ustpregion07.hu.ecf@usdoj.gov | Jun 02 2021 21:52:00 | US Trustee, Office of the US Trustee, 515 Rusk Ave, Ste 3516, Houston, TX 77002-2604 |
| ust | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Jun 02 2021 21:52:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | | Sandra Nixon, U.S. Trustee |
| ust | | mario zavala |
| ust | *+ | US Trustee, Office of the U.S. Trustee, 110 N. College Ave., Suite 300, Tyler, TX 75702-7231 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 04, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0539-5 | User: pbibbs | Page 2 of 3 |
| Date Rcvd: Jun 02, 2021 | Form ID: pdf001 | Total Noticed: 4 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradley J Benoit | on behalf of Plaintiff Reagor-Dykes Auto Mall I LLC brad.benoit@bracewell.com |
| Bradley J Benoit | on behalf of Plaintiff Reagor-Dykes Snyder L.P. brad.benoit@bracewell.com |
| Bradley J Benoit | on behalf of Plaintiff Reagor Auto Mall Ltd. brad.benoit@bracewell.com |
| Bradley J Benoit | on behalf of Plaintiff Reagor-Dykes Amarillo LP brad.benoit@bracewell.com |
| Bradley J Benoit | on behalf of Plaintiff Reagor-Dykes Imports LP brad.benoit@bracewell.com |
| Bradley J Benoit | on behalf of Plaintiff Reagor-Dykes III LLC brad.benoit@bracewell.com |
| Bradley J Benoit | on behalf of Plaintiff Reagor-Dykes Auto Company LP brad.benoit@bracewell.com |
| Bradley J Benoit | on behalf of Plaintiff Reagor-Dykes Motors LP brad.benoit@bracewell.com |
| Bradley J Benoit | on behalf of Plaintiff Reagor-Dykes Plainview LP brad.benoit@bracewell.com |
| Bradley J Benoit | on behalf of Plaintiff Reagor-Dykes II LLC brad.benoit@bracewell.com |
| Bradley J Benoit | on behalf of Plaintiff Reagor-Dykes Floydada LP brad.benoit@bracewell.com |
| Bradley J Benoit | on behalf of Plaintiff Dennis Faulkner brad.benoit@bracewell.com |
| Bryan S. Dumesnil | on behalf of Plaintiff Reagor-Dykes II LLC Bryan.Dumesnil@bracewell.com elda.cummings@bracewell.com |
| Bryan S. Dumesnil | on behalf of Plaintiff Reagor-Dykes Auto Mall I LLC Bryan.Dumesnil@bracewell.com elda.cummings@bracewell.com |
| Bryan S. Dumesnil | on behalf of Plaintiff Reagor-Dykes Auto Company LP Bryan.Dumesnil@bracewell.com, elda.cummings@bracewell.com |
| Bryan S. Dumesnil | on behalf of Plaintiff Reagor-Dykes Snyder L.P. Bryan.Dumesnil@bracewell.com, elda.cummings@bracewell.com |
| Bryan S. Dumesnil | on behalf of Plaintiff Dennis Faulkner Bryan.Dumesnil@bracewell.com elda.cummings@bracewell.com |
| Bryan S. Dumesnil | on behalf of Plaintiff Reagor-Dykes Imports LP Bryan.Dumesnil@bracewell.com, elda.cummings@bracewell.com |
| Bryan S. Dumesnil | on behalf of Plaintiff Reagor-Dykes Motors LP Bryan.Dumesnil@bracewell.com, elda.cummings@bracewell.com |
| Bryan S. Dumesnil | on behalf of Plaintiff Reagor-Dykes Plainview LP Bryan.Dumesnil@bracewell.com, elda.cummings@bracewell.com |
| Bryan S. Dumesnil | on behalf of Plaintiff Reagor-Dykes Floydada LP Bryan.Dumesnil@bracewell.com, elda.cummings@bracewell.com |
| Bryan S. Dumesnil | on behalf of Plaintiff Reagor Auto Mall Ltd. Bryan.Dumesnil@bracewell.com, elda.cummings@bracewell.com |
| Bryan S. Dumesnil | on behalf of Plaintiff Reagor-Dykes Amarillo LP Bryan.Dumesnil@bracewell.com, elda.cummings@bracewell.com |
| Bryan S. Dumesnil | on behalf of Plaintiff Reagor-Dykes III LLC Bryan.Dumesnil@bracewell.com elda.cummings@bracewell.com |
| Craig A. Leslie | on behalf of Defendant Ford Motor Credit Company LLC cleslie@phillipslytle.com |
| Diane M. Crabtree | on behalf of Plaintiff Reagor-Dykes Imports LP diane.crabtree@bracewell.com, diana.alday@bracewell.com |
| Diane M. Crabtree | on behalf of Plaintiff Reagor-Dykes III LLC diane.crabtree@bracewell.com diana.alday@bracewell.com |

| | | |
|---|---|---|
| District/off: 0539-5 | User: pbibbs | Page 3 of 3 |
| Date Rcvd: Jun 02, 2021 | Form ID: pdf001 | Total Noticed: 4 |

| | |
|---|---|
| Diane M. Crabtree | on behalf of Plaintiff Dennis Faulkner diane.crabtree@bracewell.com  diana.alday@bracewell.com |
| Diane M. Crabtree | on behalf of Plaintiff Reagor-Dykes II LLC diane.crabtree@bracewell.com  diana.alday@bracewell.com |
| Diane M. Crabtree | on behalf of Plaintiff Reagor-Dykes Plainview LP diane.crabtree@bracewell.com, diana.alday@bracewell.com |
| Diane M. Crabtree | on behalf of Plaintiff Reagor Auto Mall Ltd. diane.crabtree@bracewell.com, diana.alday@bracewell.com |
| Diane M. Crabtree | on behalf of Plaintiff Reagor-Dykes Floydada LP diane.crabtree@bracewell.com, diana.alday@bracewell.com |
| Diane M. Crabtree | on behalf of Plaintiff Reagor-Dykes Snyder L.P. diane.crabtree@bracewell.com, diana.alday@bracewell.com |
| Diane M. Crabtree | on behalf of Plaintiff Reagor-Dykes Auto Company LP diane.crabtree@bracewell.com, diana.alday@bracewell.com |
| Diane M. Crabtree | on behalf of Plaintiff Reagor-Dykes Auto Mall I LLC diane.crabtree@bracewell.com  diana.alday@bracewell.com |
| Diane M. Crabtree | on behalf of Plaintiff Reagor-Dykes Motors LP diane.crabtree@bracewell.com, diana.alday@bracewell.com |
| Diane M. Crabtree | on behalf of Plaintiff Reagor-Dykes Amarillo LP diane.crabtree@bracewell.com, diana.alday@bracewell.com |
| James R Prince | on behalf of Defendant Ford Motor Credit Company LLC jim.prince@bakerbotts.com, BankruptcyDallas@bakerbotts.com;jim-prince-2090@ecf.pacerpro.com |
| Kevin Marshall Sadler | on behalf of Defendant Ford Motor Credit Company LLC kevin.sadler@bakerbotts.com |
| Samuel Martin Stricklin | on behalf of Plaintiff Dennis Faulkner sam.stricklin@stricklaw.pro |

TOTAL: 40