# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

IN RE:

Reagor-Dykes Motors, LP,
Reagor-Dykes Imports, LP,
Reagor-Dykes Amarillo, LP,
Reagor-Dykes Auto Company, LP,
Reagor-Dykes Plainview, LP, and
Reagor-Dykes Floydada, LP,
Reagor Auto Mall, Ltd.,
Reagor-Dykes Snyder, L.P.,
Reagor-Dykes Auto Mall I LLC,
Reagor-Dykes II LLC,
Reagor-Dykes III LLC,

    Debtors,

Case No. 18-50214-rlj-11
Jointly Administered

Dennis Faulkner, Creditors' Trustee,

    *Plaintiff,*

    vs.

Ford Motor Credit Company LLC,

    *Defendant.*

Adversary No. 20-a05005-rlj

## ORDER GRANTING DEFENDANT FORD MOTOR CREDIT COMPANY LLC'S MOTION FOR SETTING AND REQUEST FOR EXPEDITED HEARING

After considering Defendant Ford Motor Credit Company LLC's Motion for Setting and Request for Expedited Hearing on its Motion to Continue Trial Setting and Amend Scheduling Order (Dkt. 213), and any relevant filings and argument, the Court concludes that Ford Credit's Motion for Setting and Request for Expedited Hearing should be and is hereby GRANTED.

A hearing on the Ford Credit's Motion to Continue Trial Setting and Amend Scheduling Order (Dkt. 213) will be held via Webex on December 29, 2021 at 10:00 a.m. Central time. The meeting/dial-in-information for this docket can be found on the Court's website (www.txnb.uscourts.gov) under Judge Jones' "Hearing Dates and Calendar" tab prior to the hearing.

Counsel for the Ford Credit shall serve Notice of Hearing on counsel for the Creditors' Trustee via the Court's ECF system, and/or United States First Class Mail, postage prepaid.

SO ORDERED.

###End of Order###

PHILLIPS LYTLE LLP
Craig A. Leslie, Esq.
Jacob S. Sonner, Esq.
Admitted Pro Hac Vice
One Canalside
125 Main Street
Buffalo, NY 14203
(716) 847-8400 — Telephone
(716) 852-6100 — Facsimile
cleslie@phillipslytle.com
jsonner@phillipslytle.com

*ATTORNEYS FOR DEFENDANT
FORD MOTOR CREDIT COMPANY LLC*