

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 29, 2021**

**United States Bankruptcy Judge**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| REAGOR-DYKES MOTORS, LP,[1] | § | Case No.: 18-50214-RLJ-11 |
| | § | (Jointly Administered) |
| Debtors. | § | |
| | § | |
| DENNIS FAULKNER, Creditors' Trustee of the Creditors Trust, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adversary No. 20-05005 |
| | § | |
| FORD MOTOR CREDIT COMPANY, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

___

[1] The following chapter 11 cases are jointly administered in Case No. 18-50214: Reagor-Dykes Imports, LP (Case No. 18-50215), Reagor-Dykes Amarillo, LP (Case No. 18-50216), Reagor-Dykes Auto Company, LP (Case No. 18-50217), Reagor-Dykes Plainview, LP (Case No. 18-50218), Reagor-Dykes Floydada, LP (Case No. 18-50219), Reagor-Dykes Snyder, L.P. (Case No. 18-50321), Reagor-Dykes III LLC (Case No. 18-50322), Reagor-Dykes II LLC (Case No. 18-50323), Reagor Auto Mall, Ltd. (Case No. 18-50324), and Reagor Auto Mall I LLC (Case No. 18-50325).

On December 29, 2021, hearing was held on the motion of Ford Motor Credit Company, LLC (FMCC) seeking an across-the-board 60-day extension of the deadlines under the Court's Scheduling Order in this adversary proceeding. In particular, FMCC asks that the Court's present trial setting of April 25-29, 2022 be continued to late June, early July 2022. The Creditors' Trustee, plaintiff, opposes the extension.

The Court, upon consideration of the pleadings and arguments made by counsel, finds insufficient grounds for the extension and, therefore, denies the relief requested by the motion.

The Scheduling Order provides that dispositive motions must be filed by March 14, 2022 and heard no later than April 8, 2022. With a beginning trial date of April 25, 2022, the time between the submission of a dispositive motion and the beginning of trial is compressed. The Court may, therefore, consider a resetting of the trial if necessary to accommodate an adequate consideration of any dispositive motions before trial.

SO ORDERED.

### End of Order ###