**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

IN RE:

Reagor-Dykes Motors, LP,
Reagor-Dykes Imports, LP,
Reagor-Dykes Amarillo, LP,
Reagor-Dykes Auto Company, LP,
Reagor-Dykes Plainview, LP, and
Reagor-Dykes Floydada, LP,
Reagor Auto Mall, Ltd.,
Reagor-Dykes Snyder, L.P.,
Reagor-Dykes Auto Mall I LLC,
Reagor-Dykes II LLC,
Reagor-Dykes III LLC,

    Debtors,

Case No. 18-50214-rlj-11
Jointly Administered

Dennis Faulkner, Creditors' Trustee,

    *Plaintiff*,

vs.

Ford Motor Credit Company LLC,

    *Defendant*.

Adversary No. 20-05005-rlj

**DEFENDANT FORD MOTOR CREDIT COMPANY LLC'S**
**MOTION TO PRECLUDE JOSEPH DANKO**

Defendant Ford Motor Credit Company LLC ("Ford Credit") hereby files its Motion to Preclude Joseph Danko, a purported non-retained expert disclosed by Plaintiff Creditors' Trustee Dennis Faulkner (the "Trustee"), from offering expert testimony or opinion at trial in the above-captioned adversary proceeding pursuant to Federal Rule of Evidence 702. Ford

Credit's Motion to Preclude Joseph Danko (the "Motion") should be granted in its entirety for the reasons set forth in Ford Credit's Brief in Support of the Motion.

Ford Credit relies on the evidence included in its Appendix in Support of the Motion and any docket entries cited in its Brief in Support of the Motion. Ford Credit respectfully requests a hearing on its Motion.

## PRAYER

Ford Credit requests that the Court grant the Motion in its entirety and issue an Order: (1) precluding Joseph Danko from offering any expert testimony or opinion at trial in the above-captioned adversary proceeding; and (2) granting such other and further relief to which Ford Credit may be justly entitled.

Dated: March 14, 2022

Respectfully submitted,

BAKER BOTTS L.L.P.

By: */s/ Kevin M. Sadler*
    Kevin M. Sadler, Esq.
    1001 Page Mill Road
    Building One, Suite 200
    Palo Alto, CA 943304
    (650) 739-7518 – Telephone
    (650) 739-7618 – Facsimile
    kevin.sadler@bakerbotts.com

    Michael S. Goldberg, Esq.
    910 Louisiana Street
    Houston, TX 77002-4995
    (713) 229-1401 – Telephone
    (713) 229-2801 – Facsimile
    michael.goldberg@bakerbotts.com

PHILLIPS LYTLE LLP

Craig A. Leslie, Esq.
Jacob S. Sonner, Esq.
Admitted Pro Hac Vice
One Canalside
125 Main Street
Buffalo, NY 14203
(716) 847-8400 – Telephone
(716) 852-6100 – Facsimile
cleslie@phillipslytle.com
jsonner@phillipslytle.com

*ATTORNEYS FOR DEFENDANT*
*FORD MOTOR CREDIT COMPANY LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2022, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent to all parties through the Court's Electronic Case Filing System ("ECF"). Parties may access this filing through ECF.

*/s/ Kevin M. Sadler*
Kevin M. Sadler