IN THE UNITED STATES BANKRTUPCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| IN RE:<br><br>Reagor-Dykes Motors, LP,<br>Reagor-Dykes Imports, LP,<br>Reagor-Dykes Amarillo, LP,<br>Reagor-Dykes Auto Company, LP,<br>Reagor-Dykes Plainview, LP, and<br>Reagor-Dykes Floydada, LP,<br>Reagor Auto Mall, Ltd.,<br>Reagor-Dykes Snyder, L.P.,<br>Reagor-Dykes Auto Mall I LLC,<br>Reagor-Dykes II LLC,<br>Reagor-Dykes III LLC,<br><br>    Debtors, | Case No. 18-50214-rlj-11<br>Jointly Administered |
| Dennis Faulkner, Creditors' Trustee,<br><br>    *Plaintiff*,<br><br>vs.<br><br>Ford Motor Credit Company LLC,<br><br>    *Defendant*. | Adversary No. 20-05005-rlj |

**DEFENDANT FORD MOTOR CREDIT COMPANY LLC'S MOTION FOR STAY AND ORDER STRIKING SCHEDULING ORDER DEADLINES OR, ALTERNATIVELY, AN ORDER REOPENING DISCOVERY AND STRIKING SCHEDULING ORDER DEADLINES**

Defendant Ford Motor Credit Company LLC ("Ford Credit") hereby files its Motion for Stay and Order Striking the Deadlines in the Court's Current Scheduling Order or, in

1

the alternative, an Order Reopening Discovery and Striking the Current Scheduling Order Deadlines to accommodate discovery concerning the Trustee's badges of fraud and direct evidence theories of the Debtors' alleged fraudulent intent. Ford Credit is entitled to a stay pursuant to Federal Rule of Bankruptcy Procedure 8007 and an order striking the current Scheduling Order deadlines preserve Ford Credit's rights to fair notice and due process.  Ford Credit's Motion should be granted for the reasons set forth in the brief filed in support of same.  Ford Credit respectfully requests a hearing on its Motion for Stay and an Order Striking Scheduling Order Deadlines.

### PRAYER

Ford Credit requests that the Court enter an Order staying this adversary proceeding pending Ford Credit's appeal and striking the Scheduling Order deadlines, or, alternatively, reopening discovery and striking the Scheduling Order deadlines.  Ford Credit also requests such other and further relief to which it may be justly entitled.

Date:  October 24, 2022

Respectfully submitted,

BAKER BOTTS L.L.P.

By: */s/ Kevin M. Sadler*
　　Kevin M. Sadler, Esq.
　　1001 Page Mill Road
　　Building One, Suite 200
　　Palo Alto, CA 943304
　　(650) 739-7518 – Telephone
　　(650) 739-7618 – Facsimile
　　kevin.sadler@bakerbotts.com

　　Michael S. Goldberg, Esq.
　　910 Louisiana Street
　　Houston, TX 77002-4995
　　(713) 229-1401 – Telephone
　　(713) 229-2801 – Facsimile
　　michael.goldberg@bakerbotts.com

PHILLIPS LYTLE LLP

Craig A. Leslie, Esq.
Jacob S. Sonner, Esq.
Admitted Pro Hac Vice
One Canalside
125 Main Street
Buffalo, NY 14203
(716) 847-8400 – Telephone
(716) 852-6100 – Facsimile
cleslie@phillipslytle.com
jsonner@phillipslytle.com

*ATTORNEYS FOR DEFENDANT*
*FORD MOTOR CREDIT COMPANY LLC*

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Ford credit has conferred with counsel for the Creditors' Trustee regarding this Motion and that the Creditors' Trustee is opposed to the relief sought herein.

*/s/ Kevin M. Sadler*
Kevin M. Sadler

## CERTIFICATE OF SERVICE

     I hereby certify that on October 24, 2022, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent to all parties through the Court's Electronic Case Filing System ("ECF"). Parties may access this filing through ECF.

                                */s/ Kevin M. Sadler*
                                Kevin M. Sadler