IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

IN RE:

Reagor-Dykes Motors, LP,
Reagor-Dykes Imports, LP,
Reagor-Dykes Amarillo, LP,
Reagor-Dykes Auto Company, LP,
Reagor-Dykes Plainview, LP, and
Reagor-Dykes Floydada, LP,
Reagor Auto Mall, Ltd.,
Reagor-Dykes Snyder, L.P.,
Reagor-Dykes Auto Mall I LLC,
Reagor-Dykes II LLC,
Reagor-Dykes III LLC,

    Debtors,

Case No. 18-50214-rlj-11
Jointly Administered

Dennis Faulkner, Creditors' Trustee,

    *Plaintiff*,

    vs.

Ford Motor Credit Company LLC,

    *Defendant*.

Adversary No. 20-05005-rlj

### ORDER GRANTING DEFENDANT FORD MOTOR CREDIT COMPANY LLC'S MOTION FOR STAY AND ORDER STRIKING SCHEDULING ORDER DEADLINES OR, ALTERNATIVELY, AN ORDER REOPENING DISCOVERY AND STRIKING SCHEDULING ORDER DEADLINES

After considering Defendant Ford Motor Credit Company LLC's Motion for Stay and Order Striking Scheduling Order Deadlines or, alternatively, an Order Reopening Discovery and Striking Scheduling Order Deadlines (the "Motion"), the Court grants the portion of the Motion seeking a stay of the above-captioned adversary proceeding pursuant to Federal Rule of Bankruptcy Procedure 8007.

The deadlines set in the Court's Second Amended Scheduling Order Setting Trial and the Pre-Trial and Post-Trial Deadlines (Dkt. 360) are hereby vacated and shall be rescheduled upon the resolution of Ford Motor Credit Company LLC's appeal (Dkt. 362).

SO ORDERED.

###End of Order###


BAKER BOTTS L.L.P.

Kevin M. Sadler, Esq.
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 943304
(650) 739-7518 – Telephone
(650) 739-7618 – Facsimile
kevin.sadler@bakerbotts.com

Michael S. Goldberg, Esq.
910 Louisiana Street
Houston, TX 77002-4995
(713) 229-1401 – Telephone
(713) 229-2801 – Facsimile
michael.goldberg@bakerbotts.com

*ATTORNEYS FOR DEFENDANT*
*FORD MOTOR CREDIT COMPANY LLC*