IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| IN RE:<br><br>Reagor-Dykes Motors, LP, et al.<br><br>     Debtors, | Case No. 18-50214-rlj-11<br>Jointly Administered |
| Dennis Faulkner, As Trustee of the Creditors<br>Trust,<br><br>     *Plaintiff,*<br><br>     vs.<br><br>Ford Motor Credit Company, LLC,<br><br>     *Defendant.* | Adversary No. 20-05005-rlj |

**CREDITORS' TRUSTEE DENNIS FAULKNER'S RESPONSE TO DEFENDANT
FORD MOTOR CREDIT COMPANY, LLC'S MOTION FOR STAY AND ORDER
STRIKING SCHEDULING ORDER DEADLINES OR, ALTERNATIVELY,
AN ORDER REOPENING DISCOVERY AND STRIKING
SCHEDULING ORDER DEADLINES**

Creditors' Trustee, Dennis Faulkner (the "Trustee"), files this response to the motion for stay and order striking scheduling order deadlines or, alternatively, an order reopening discovery and striking scheduling order deadlines and brief in support filed by Defendant Ford Motor Credit Company, LLC ("FMCC") [Dkts. 364 and 365]. The Trustee is filing a brief in opposition to FMCC's motion that provides each of the required matters under Local Bankruptcy Rule 7007-2.

WHEREFORE, the Trustee respectfully requests that the Court enter an order denying FMCC's motion for stay and order striking scheduling order deadlines or, alternatively, an order reopening discovery and striking scheduling order deadlines in its entirety.

Respectfully submitted,

**BRACEWELL LLP**

By:*/s/ Bryan S. Dumesnil*
    Bryan S. Dumesnil
    State Bar No. 00793650
    bryan.dumesnil@bracewell.com
    Bradley J. Benoit
    State Bar No. 24012275
    brad.benoit@bracewell.com
    711 Louisiana, Suite 2300
    Houston, Texas  77002
    (713) 223-2300 – Telephone
    (800) 404-3970 – Facsimile

**STRICKLIN LAW FIRM, P.C.**

By:*/s/ Samuel M. Stricklin*
    Samuel M. Stricklin
    State Bar No. 19397050
    sam.stricklin@stricklaw.pro
    2435 N. Central Expy
    Suite 1200, Palisade, Bldg. II
    Richardson, TX 75080
    (972) 238-8687 – Telephone

**COUNSEL TO CREDITORS' TRUSTEE
DENNIS FAULKNER**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record by email on November 14, 2022.

Kevin M. Sadler
State Bar No. 17512450
kevin.sadler@bakerbotts.com
**BAKER BOTTS LLP**
1001 Page Mill Road
Building One, Suite 200
Palo Alto, California 94304
(650) 739-7518 – Telephone
(650) 739-7618 – Facsimile

Michael S. Goldberg
State Bar No. 08075800
michael.goldberg@bakerbotts.com
**BAKER BOTTS LLP**
One Shell Plaza
910 Louisiana Street
Houston, TX 77002
(713) 229-1234 – Telephone
(713) 229-1522 – Facsimile

Craig A. Leslie
cleslie@phillipslytle.com
Jacob S. Sonner
jsonner@phillipslytle.com
**PHILLIPS LYTLE LLP**
One Canalside
125 Main Street
Buffalo, New York 14203
716-847-8400 – Telephone
716-852-6100 – Facsimile

*/s/ Bryan S. Dumesnil*
Bryan S. Dumesnil