IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| IN RE:<br><br>Reagor-Dykes Motors, LP, et. al.<br><br>*Debtors*, | Case No. 18-50214-rlj-11<br>Jointly Administered |
| Dennis Faulkner, Creditors' Trustee,<br><br>*Plaintiff*<br><br>vs.<br><br>Ford Motor Credit Company, LLC,<br><br>*Defendant* | Adversary No. 20-05005-rlj |

**ORDER DENYING FORD MOTOR CREDIT COMPANY, LLC'S MOTION FOR
STAY AND ORDER STRIKING SCHEDULING ORDER DEADLINES OR,
ALTERNATIVELY, AN ORDER REOPENING DISCOVERY AND
<u>STRIKING SCHEDULING ORDER DEADLINES</u>**

-2-

After considering Defendant Ford Motor Credit Company, LLC's motion for stay and order striking scheduling order deadlines or, alternatively, an order reopening discovery and striking scheduling order deadlines [Dkts. 364 and 365] and Plaintiff Creditors' Trustee Dennis Faulkner's response and brief in opposition, the Court concludes that the motion should be and is hereby DENIED.

SO ORDERED.

###End of Order###

**BRACEWELL LLP**

Bryan S. Dumesnil
711 Louisiana, Suite 2300
Houston, Texas  77002
(713) 223-2300 - Telephone
(800) 404-3970 – Facsimile
bryan.dumesnil@bracewell.com