IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| IN RE:<br><br>Reagor-Dykes Motors, LP, et al.<br><br>    Debtors, | Case No. 18-50214-rlj-11<br>Jointly Administered |
| Reagor-Dykes Motors, LP,<br>Reagor-Dykes Imports, LP,<br>Reagor-Dykes Amarillo, LP,<br>Reagor-Dykes Auto Company, LP,<br>Reagor-Dykes Plainview, LP, and<br>Reagor-Dykes Floydada, LP,<br>Reagor Auto Mall, Ltd.,<br>Reagor-Dykes Snyder, L.P.,<br>Reagor-Dykes Auto Mall I LLC,<br>Reagor-Dykes II LLC,<br>Reagor-Dykes III LLC,<br><br>    *Plaintiffs*<br><br>vs.<br><br>Ford Motor Credit Company, LLC,<br><br>    *Defendant* | Adversary No. 20-05005-rlj |

## ORDER

After considering Defendant Ford Motor Credit Company LLC's ("Ford Credit's") Motion to Compel Plaintiff's Answers and Responses to its First Set of Interrogatories and Second Request for Production of Documents, and any relevant filings and argument, the Court concludes that the motion should be and hereby is GRANTED. It is therefore:

ORDERED that Plaintiff Creditors' Trustee, Dennis Faulkner's (the "Trustee") provide supplemental answers and responses to Interrogatory Nos. 1 and 3 in Ford Credit's First Set of Interrogatories and Request for Production Nos. 1, 13-16, and 18-19 in Ford Credit's Second Request for Production of Documents;

AND IT IS FURTHER ORDERED that the Trustee produce or specifically identify all non-privileged documents in the Trustee's possession, custody, or control that are responsive to the foregoing requests for production;

SO ORDERED.

###End of Order###

PHILLIPS LYTLE LLP
Craig A. Leslie, Esq.
Jacob S. Sonner, Esq.
Admitted Pro Hac Vice
One Canalside
125 Main Street
Buffalo, NY 14203
(716) 847-8400 – Telephone
(716) 852-6100 – Facsimile
cleslie@phillipslytle.com
jsonner@phillipslytle.com
*ATTORNEYS FOR DEFENDANT*
*FORD MOTOR CREDIT COMPANY LLC*