IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| REAGOR-DYKES MOTORS, LP, | ) | Case No. 18-50214-RLJ-11 |
| | ) | |
| Debtor. | ) | |
| | * * * | |
| FORD MOTOR CREDIT COMPANY, LLC, | ) | |
| | ) | |
| Appellant(s), | ) | |
| | ) | |
| v. | ) | |
| | ) | Adversary No. 20-05005-RLJ |
| | ) | |
| DENNIS FAULKNER, *Creditors' Trustee*, | ) | |
| | ) | |
| Appellee(s). | ) | Civil Action No. 5:22-CV-276-C |

## ORDER

On this date, the Court considered Ford Motor Credit Company, LLC's Motion for Leave to Appeal, Dennis Faulkner's Response, the Reply, and the record. After careful consideration, the Court finds that the Motion for Leave to Appeal should be **DENIED** for the reasons argued in the Creditor Trustee's Response Brief. More specifically, as argued by the Creditors' Trustee, Ford Motor Credit Company, LLC, has failed to show that it is entitled to the extraordinary remedy of an interlocutory appeal. The Clerk of Court shall term all pending motions and close the above-styled and -numbered District Court action.

SO ORDERED this 7th day of March, 2023.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE