

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 26, 2023**

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| REAGOR-DYKES MOTORS, LP,[1] | § | Case No.: 18-50214-RLJ-11 |
| | § | (Jointly Administered) |
| Debtors. | § | |
| | § | |
| DENNIS FAULKNER, Creditors' Trustee of the Creditors Trust, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adversary No. 20-05005 |
| | § | |
| FORD MOTOR CREDIT COMPANY, LLC, | § | |
| | § | |
| Defendant. | § | |

**<u>ORDER</u>**

_____

[1] The following chapter 11 cases are jointly administered in Case No. 18-50214: Reagor-Dykes Imports, LP (Case No. 18-50215), Reagor-Dykes Amarillo, LP (Case No. 18-50216), Reagor-Dykes Auto Company, LP (Case No. 18-50217), Reagor-Dykes Plainview, LP (Case No. 18-50218), Reagor-Dykes Floydada, LP (Case No. 18-50219), Reagor-Dykes Snyder, L.P. (Case No. 18-50321), Reagor-Dykes III LLC (Case No. 18-50322), Reagor-Dykes II LLC (Case No. 18-50323), Reagor Auto Mall, Ltd. (Case No. 18-50324), and Reagor Auto Mall I LLC (Case No. 18-50325).

1

On May 22, 2023, the plaintiff, Dennis Faulkner, Trustee, and defendant, Ford Motor Credit Company, LLC, submitted their proposed joint pretrial order to the Court for entry. The Court has reviewed the proposed pretrial order.

The plaintiff's original complaint filed June 10, 2020 is still the live pleading for the plaintiff's case. It contains an extensive statement of facts. The defendant's amended answer was filed April 29, 2021. The Court has ruled on a motion to dismiss, two rounds of summary judgment motions, and several discovery disputes. The plaintiff's alleged facts concern certain matters that were proved by Ford Credit in the main bankruptcy case. *See* Case No. 18-50214, ECF No. 865.

Despite their extensive pretrial activity, the parties have, for the pretrial order, stipulated to *two* discrete facts—that Ford Credit was the floorplan lender and that they entered into agreements for Ford Credit's financing of Reagor-Dykes. That's it. And it is not a meaningful, good-faith submission by counsel. The Court rejects the proposed pretrial order and directs that counsel for the parties confer and submit a revised pretrial order. The revised pretrial order shall be filed by the Court's docket call on June 8, 2023.

SO ORDERED.

### End of Order ###